AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JEAN MARIE H. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  2:25-CV-00274-SAB |
| | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Opening Brief, ECF No.13, is GRANTED, the Commissioner's Brief, ECF No.20, is DENIED. The decision of the Commissioner is reversed and remanded. Judgment in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Stan Bastian

Date:  6/16/2026

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*